UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 8:24-cv-00046-SVW-DFM | Date | February 2, 2024 |
|---|---|---|---|
| Title | *Liang Yan v. Alejandro Mayorkas et al* | | |

Present: The Honorable   STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: N/A | Attorneys Present for Defendants: N/A |

**Proceedings:**   ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION

Local Rule 41-6 governs dismissal of actions for failure of a pro se plaintiff to keep the Court apprised of their current address.

A party proceeding pro se must keep the Court and all other parties informed of the party's current address as well as any telephone number and email address. If a Court order or other mail served on a pro se plaintiff at his address of record is returned by the Postal Service as undeliverable and the pro se party has not filed a notice of change of address within 14 days of the service date of the order or other Court document, the Court may dismiss the action with or without prejudice for failure to prosecute.

Local Rule 41-6. Here, the Summons, Notice of Assignment, and New Case Order were served on the plaintiff at their address of record on January 9, 10, and 11, 2024, respectively. Dkt. 3, 4, 6. Each was returned as undeliverable. Dkt. 8, 11, 12.

Accordingly, the Court, on its own motion, hereby orders plaintiff(s) to show cause in writing no later than February 12, 2024, why this action should not be dismissed as to all remaining defendants for lack of prosecution.

No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiff(s) is due.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | |
|  | PMC |